UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:26-mj-05007-SNOW

UNITED STATES OF AMERICA

v.

MAYNOR ELIASAR PEREZ-MORALES,

Defendant.

_____/

FILED BY_____D.C.

APR 09 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/Jackson K. Dering V
        Jackson K. Dering V
        Assistant United States Attorney
        Fl Bar ID: A5503449
        United States Attorney's Office
        99 N.E. 4th Street
        Miami, FL 33132
        (786) 239-9274
        Jackson.Dering@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| MAYNOR ELIASAR PEREZ-MORALES, | ) | 4:26-mj-05007-SNOW |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     **April 9, 2026**     in the county of     **Monroe**     in the **Southern**     District of     **Florida**     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry After Removal |

This criminal complaint is based on these facts:

**SEE ATTACHED AFFIDAVIT.**

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Evans, Border Patrol Agent
*Printed name and title*

Sworn to before me telephonically.

Date: 4/9/26

*Judge's signature*

City and state:     Key West, Florida     Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher M. Evans, being duly sworn, depose and state the following:

## AGENT BACKGROUND AND INTRODUCTION

1.  I am a Border Patrol Agent with the United States Border Patrol ("USBP") where I have worked since 2019. I am assigned as a sworn law enforcement officer at the Marathon Border Patrol Station, Marathon, Florida. In that capacity, my duties include investigating federal criminal offenses, including Title 8 offenses, in the Southern District of Florida. I have prepared cases for immigration proceedings and served multiple arrest warrants. I am also tasked with determining the lawfulness of travelers' entry into the United States. Some of my duties include executing search and arrest warrants and making warrantless arrests in accordance with federal law. As an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), I am empowered by law to conduct investigations of, and to make arrests for, violations of federal statutes.

2.  The statements contained in this Affidavit are based upon my personal knowledge gathered during my participation in this investigation, my previous training and experience, and upon facts and information I received directly from other law enforcement officials and employees of USBP. Because this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not included each and every fact known to be or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

3.  I submit this Affidavit in support of a Criminal Complaint charging **MAYNOR ELIASAR PEREZ-MORALES ("PEREZ-MORALES")** with illegal entry of a removed alien, in violation of Title 8, United States Code, Section 1326(a).

## PROBABLE CAUSE

4.     On or about April 9, 2026, USBP conducted routine patrols and highway interdictions in and around the area of Marathon, Florida.

5.     At approximately 9:00 a.m., USBP performed an investigatory stop. During questioning, one of the occupants, later identified as **PEREZ-MORALES**, admitted to being illegally present in the United States.

6.     At the station, additional database checks were conducted to confirm **PEREZ-MORALES**'s immigration status. **PEREZ-MORALES**'s biographical and biometric information were entered into United States Department of Homeland Security ("DHS") systems, including the Integrated Automated Fingerprint Identification System ("IAFIS"). These checks confirmed that **PEREZ-MORALES** had previously been removed from the United States on January 18, 2019, and December 16, 2019.

7.     The records also indicate that **PEREZ-MORALES** did not have the consent of the Attorney General of the United States or the Secretary of Homeland Security to apply for readmission to the United States.

[INTENTIONALLY LEFT BLANK]

2

## CONCLUSION

8.      Based on the foregoing, I submit that probable cause exists to believe that, on or about April 9, 2026, **MAYNOR ELIASAR PEREZ-MORALES**, a citizen of Guatemala, was found to be in the United States, without having received the express consent from the Attorney General or the Secretary of Homeland Security to apply for readmission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Respectfully submitted,

CHRISTOPHER M. EVANS
BORDER PATROL AGENT
CUSTOMS AND BORDER PROTECTION

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone this _9th_ day of April 2026.

HONORABLE LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

3